# United States District Court
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

HUNTER VANPELT

WARRANT FOR ARREST
AGENT TO ARREST

Case Number: 1:20-MJ-00821

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HUNTER VANPELT

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: bank fraud

in violation of 18, United States Code, Section(s) 1344.

REGINA D. CANNON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 5, 2020
Atlanta, Georgia
Date and Location

Signature of Issuing Officer
Issued pursuant to Federal Rule of Criminal Procedure 4.1

by _R. Cannon_
Name of Judicial Officer

Bail Fixed at $ _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 10/05/2020

Special Agent Pierre Brown
Name and Title of Arresting Officer

Date of Arrest: 10/6/2020

_Pierre Brown_
Signature of Arresting Officer