IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HUNTER VANPELT | Criminal Action No.<br><br>1:20-MJ-00821 |

## Order

Having read and considered the parties' Joint Motion to Continue in this matter, and for good cause shown, the Court HEREBY GRANTS the motion.

It is hereby ORDERED that the preliminary hearing is continued to November 18, 2020, at 11:00 a.m. in Courtroom 2008 before the Undersigned Magistrate Judge.

It is further ORDERED that the Government shall have until December 9, 2020, to indict or otherwise formally charge the Defendant in this case. Failure to do so by that time will result in the dismissal of the above-styled complaint.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the Court finds that the ends of justice served by granting the motion to continue outweigh the public's and defendant's interest in a speedy trial. Specifically, this delay will allow the parties the reasonable time necessary to discuss a resolution of the allegations.

Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), excludable time is allowed from October 13, 2020, through and including November 18, 2020.

DATED this 14th day of October, 2020.

*R. Cannon*
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE