# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00006-MHC
## USA v. Vanpelt
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Chambers on 01/13/2021.

TIME COURT COMMENCED: 11:33 A.M.
TIME COURT CONCLUDED: 11:43 A.M.      TAPE NUMBER: AT&T
TIME IN COURT: 00:10                   DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Hunter VanPelt Present at proceedings |
| ATTORNEY(S) PRESENT: | Keith Adams representing Hunter VanPelt<br>Brian Granville representing Hunter VanPelt<br>Christopher Huber representing USA<br>Akil Secret representing Hunter VanPelt |
| PROCEEDING CATEGORY: | Motion Hearing; |
| MOTIONS RULED ON: | DFT#1-[20]Motion to Modify Conditions of Release DENIED |
| MINUTE TEXT: | A hearing was held on the Motion to Modify Conditions of Release [Doc. 20] as to Hunter Vanpelt. The Motion is DENIED. All conditions of pretrial release remain unchanged and in effect. The Court advised that if a medical professional provides evidence that a necessary procedure is impossible because of the ankle monitor, the Court will reconsider a motion to modify conditions of release. |