IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>HUNTER VANPELT | Criminal Action No.<br><br>1:21-cr-00006-MHC |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Sekret T. Sneed herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States for asset forfeiture issues.

Respectfully submitted,

BOBBY L. CHRISTINE
*Acting United States Attorney*

/s/Sekret T. Sneed
  *Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 14, 2021

/s/ SEKRET T. SNEED
SEKRET T. SNEED
*Assistant United States Attorney*