# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00006-MHC
## USA v. Vanpelt
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 01/04/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:06 A.M.
TIME IN COURT: 2:06
OFFICE LOCATION: Atlanta

COURT REPORTER: Judith Wolfe
USPO: Stephanie Schuessler
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Hunter VanPelt Present at proceedings |
| ATTORNEY(S) PRESENT: | Brenda Bernstein representing Hunter VanPelt<br>Ryan Else representing Hunter VanPelt<br>Christopher Huber representing USA<br>Brockton Hunter representing Hunter VanPelt<br>Christopher Wenger representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[71]Motion for Downward Departure-SEALED GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Defendant sworn. Defendant knowingly and voluntarily waived her right to appear in person before the Court and agreed to conduct the hearing via Zoom teleconference. The Court finds that the matter cannot be delayed without harm to the interests of justice. No objections to the PSR by Government. Defense counsel had two objections, which were ruled upon by the Court. PSR was adopted by the Court to which no objections had been raised. Court set forth sentencing guideline calculations. No objections to the guidelines as stated. Parties presented argument and recommendation regarding a reasonable sentence. Court advised defendant of her right of allocution. Defendant makes a statement on her behalf. Sentence pronounced. The Government objects to the sentence. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |